# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**CRISPULO LOPEZ-FLORES,**

      **Plaintiff,**          **Case No. 04-73319**

**vs.**          **HONORABLE DENISE PAGE HOOD**

**GENERAL MOTORS CORPORATION**

      **Defendant.**

_____/

## JUDGMENT

In accordance with the Order entered this date, granting Defendant's Motion for Summary Judgment;

Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

      DAVID J. WEAVER
      CLERK OF THE COURT

Approved:      By: s/   Wm. F. LEWIS_____
          Deputy Clerk

s/   DENISE PAGE HOOD_____
DENISE PAGE HOOD
United States District Judge

DATED: March 31, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2006, by electronic and/or ordinary mail.

      s/William F. Lewis_____
      Case Manager